# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2077. ROY LATIMORE v. THE STATE.**

A  jury found Roy Latimore guilty of multiple counts of armed robbery and firearm offenses, and his convictions were affirmed in an unpublished opinion. See *Latimore v. State*, Case Number A18A0722 (decided April 24, 2018). Thereafter, Latimore filed an extraordinary motion for new trial.  The trial court denied the motion on April 4, 2019, and Latimore filed both an application for discretionary appeal and a notice of appeal. The application has been denied. See Case Number A19D0445 (decided May 14, 2019). This is the direct appeal from the April 4, 2019, order. We lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Latimore properly filed a discretionary application, which we denied. Because that denial was an adjudication on the merits, the doctrine of res judicata bars also this direct appeal.  See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286

Ga. App. 258, 260- 261 (1) (649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  07/17/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*